**Order filed August 22, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00529-CV

_____

## IN THE INTEREST OF S.J.N., AND R.L.N., CHILDREN

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-03363J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was originally due July 25, 2018. Because the brief was not filed, we ordered appellant's appointed counsel, William Thursland, to file appellant's brief by August 6, 2018. We granted Thursland an extension until August 20, 2018, to file the brief, and cautioned no further extensions would be granted absent extraordinary circumstances. No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

*See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, **William Thursland**, to file appellant's brief no later than **August 30, 2018. No further extensions will be granted.**

If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM